```
SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
cm@SoCalEAG.com
```

Attorneys for Plaintiff,
DARWIN BOGGS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| DARWIN BOGGS, | Case No.: 5:24-cv-00940-RGK (SHKx) |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| vs. | |
| DAVID TAFOYA D/B/A DAVID'S BEAUTY & BARBER; RAED SHAFEK ODEH; and DOES 1 to 10, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff DARWIN BOGGS ("Plaintiff") and Defendant DAVID TAFOYA D/B/A DAVID'S BEAUTY & BARBER and RAED SHAFEK ODEH stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\
\\
\\
\\

Respectfully submitted,

DATED: January 30, 2025                SO. CAL. EQUAL ACCESS GROUP

                                       By:   */s/  Jason J. Kim*
                                             Jason J. Kim
                                             Attorneys for Plaintiff

DATED: January 30, 2025

                                       By:   */s/ David Tafoya*
                                             DAVID TAFOYA D/B/A DAVID'S
                                             BEAUTY & BARBER, as in pro se

DATED: January 30, 2025

                                       By:   */s/ Raed Shafek Odeh*
                                             RAED SHAFEK ODEH, as in pro se

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 30, 2025                By: */s/ Jason J. Kim*
                                           Jason J. Kim

PROOF OF SERVICE

I, Mike Jun, am a resident of the United States and of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my address is

101 S. Western Avenue
Second Floor
Los Angeles, California 90004

On January 30, 2025, I served the foregoing document by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

| David Tafoya | Raed Shafek Odeh |
| --- | --- |
| 2225 North Mountain View Avenue | 2225 North Mountain View Avenue |
| San Bernardino CA 92405 | San Bernardino CA 92405 |

DOCUMENT(S): **JOINT STIPULATION FOR DISMISSAL**

(X) BY U.S. POSTAL MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

( ) BY PERSONAL SERVICE: I delivered a true copy of the foregoing document(s) in a sealed envelope by hand to the above addressee(s).

( ) BY FACSIMILE: I caused said document(s) to be transmitted by facsimile to the address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

( ) BY OVERNIGHT DELIVERY / FEDEX EXPRESS: I caused said envelope(s) to be sent overnight delivery by FedEx Express to the address(es) set forth above.

( ) BY ELECTRONIC MAIL: I transmitted the foregoing document by electronic mail to the email address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on January 30, 2025, at Los Angeles, California.